Argued March 20, affirmed as modified April 23, 1979

In the Matter of the Marriage of
SOLLER, *Respondent,*
*and*
SOLLER, *Appellant.*

(No. D7611-16442, CA 12753)

592 P2d 529

Maxwell Donnelly, Portland, argued the cause and filed the brief for appellant.

Robert J. Morgan, Milwaukie, argued ther cause for respondent. With him on the brief was Emil R. Berg, Milwaukie.

Before Schwab, Chief Judge, and Tanzer, Richardson and Roberts, Judges.

PER CURIAM.

PER CURIAM.

In this dissolution of marriage we affirm in all respects except the attorney fees awarded to the wife. *Fery and Fery*, 20 Or App 581, 532 P2d 1131 (1975); *Downey and Downey*, 22 Or App 291, 538 P2d 942 (1975); *Barrong and Barrong*, 25 Or App 347, 549 P2d 530, rev den (1976).

Affirmed as modified. No costs to either party.